FILED _____ ENTERED
LODGED _____ RECEIVED

JUL 2 5 2025

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

PETITION FOR RELIEF FROM A CONVICTON OR SENTENCE BY A PERSON IN STATE CUSTODY U.S. PRISONS. UNDER 28 U.S.C. § 2254 FOR A WRIT OF HABEAS CORPUS

SLAVE BY UNITED STATES, PRISONSS,   x
CITIZEN OF ROMANIA, NO: 317239   x
#2346533, HOUSING LOCATION:   x
AUREL MICH, JESSUP CORRECTIONAL   x
INSTITUTION, P.O. BOX 534, JESSUP, MARYLAND 20794   x
WWW.dPSCSMARYLAND.GOV.   x
UNITED STATES PRISONS.   x
  x
V.   x CASE NO: 96244-C
  x
  x
STATE OF MARYLAND / UNITED STATES GOV./PRISONSS.

x x x x x x x x x x x x x x x x

MOTION / RIGHT OF COUNSEL

COMES SLAVE BY UNITED STATES, PRISONSS CITIZEN OF ROMANIA

AUREL MICH #317237, SID 2346533, 1). I'AM INDIGENT $-4.900.00,

2). I'AM INTERNATIONAL PRISONAR ON U.S.A./MARYLAND STATE PRISONS FOR PASS [23] YRSS, ALL THIS YRSS PASS I BEEN VIOLATE BY U.S. PRISONSS/BY MARYLAND STATE, PRISONSS, N.B.C.I. X W.C.I. X J.C.I. BY MEDICAL ON U.S. PRISONS THE LAW, LAW, LAW INTERNATIONAL PROTECTION OF PRISONER BEEN CITIZEN OF ROMANIA ON THIS CASE. [UN] [OAS] [UDHR] [ICCPR] [CAT] AND I FILING ---- COMPLAINT TO [U.N.S.R. ON T.O.C.I.D.T. OR P. (S.R.T.) THE U.N. ON U.S.A.

3). I FILE THIS MOTION/PETITION UNDER 28 U.S.C. §2254 TO HABES CORPUS ON UNITED STATES DISTRICT COURT 101 W. LOMBARD STREET BALTIMORE MARYLAND 21201 [U.S.A.], CASE NO: 96244-C I ASK TO A). TRANSLETAR, B). I ASK TO LEGAL ATTORNEY, [ON ROMANIA.] TO THIS ARNOBOL COURT ON THIS CASE.

4). I FILE THIS MOTION TO REPRESENTED BY COUNSEL AND LENGUCII TRANSELETER ON ROMANIA ON THIS CASE NO: 96244-C, TO THIS PETITION FOR CONVICTION OR SENTENCE BY AUREL MICH CITIZEN OF ROMANIA IN STATE COUTODY, PETITION UNDER 28 U.S.C. §2254 FOR A WRIT OF HABEAS CORPUS, ON UNITED STATES DISTRICT COURT

201 W. LOMBARD STREET BALTIMORE MARYLAND 21201 [U.S.A.], ON THIS JULY 20-2025, [24 TAMMUZ 5785], I HAVE THE RIGHT OF COUNSEL ON THIS CASE/BEEN CITIZEN OF ROMANIA, ON [UNITED STATES PRISONS].

[MOTION / RIGHT OF COUNSEL]

5). I SLAVE By UNITED STATES PRISONS AUREL MICH CITIZEN OF ROMANIA I ATTACH [446] [446 COPY] / EXHIBIT:i'i [446] TO THIS PETITION FOR RELIEF FROM A CONVICTION / SENTENCE BY A AUREL MICH CASE NO: 96244-C, IN STATE CUSTODY / MARYLAND STATE / U.S.A. UNDER 28 U.S.C. §2254 FOR A WRIT OF HABEAS CORPUS, ON UNITED STATES DISTRICT COURT 201 W. LOMBARD STREET BALTIMORE MARYLAND 21201 [U.S.A.]

6). DU TO [446 COPY] I ATTACH TO THIS PETITION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND / MOTION / RIGHT TO COUNSEL ON THIS CASE NO: 96244-C, I COOD: [I HAVE FEAR OF HARM OF ANY KIND TO BE ON UNITED STATES OF AMERICA, PRISONSSS.]

-3-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS JULY 20-2025, [24 TAMMUZ 5785] A COPY OF THE FOREGOING PETITION FOR RELIEF FROM A CONVICTION OR SENTENCE BY A PERSON [AUREL MICH] IN STATE CUSTODY PETITION UNDER 28 U.S.C. §2254 FOR A WRIT OF HABES CORPUS ON U.S. DISTRICT COURT 101 W. LOMBARD STREET BALTIMORE, MARYLAND 21201, WAS MAILED VIA FIRST CLASS, POSTAGE PREPAID TO COURT, [I ATTACH THE 446-COPY TO THIS MAILED TO COURT].

[Mich. Aurea]

AUREL MICH
#317239 SID:2346533
J.C.I.
7805 HOUSE CORRECTION
ROAD, JESSUP MD 20794
U.S.A.

CC. ROMÂNIA GUVERNULUI / BUCUREȘTI.

-4-

<u>IN THE UNITED STATES DISTRICT</u>

<u>COURT FOR THE DISTRICT OF MARYLAND</u>

<u>INDEX TO ALL THE EXHIBITS/EXHIBITS I</u>

ATTACH TO PETITION FOR RELIEF FROM A CONVICTION OR SENTENCE BY A PERSON ON THIS CASE AUREL MICH CITIZEN OF ROMANIA ON STATE CUSTODY ON U.S. PRISONS/MARYLAND STATE PRISONS, PETITION FOR RELIEF UNDER 28 U.S.C. §2254 FOR A WRIT OF HABEAS CORPUS.

COMES SLAVE By UNITED STATES PRISONSS CITIZEN OF ROMANIA AUREL MICH HOUSING LOCATION: JESSUP CORR. INSTITUTION P.O. BOX 534 JESSUP MARYLAND STATE 20794, U.S.A. FILE ON JULY 20-2025 INDEX TO COURT TO THIS CASE NO: 96244-C

PACK 01    EXHIBITSSS

1) [4 PAGE] OF MOTION/RIGHT OF COUNSEL ON THIS CASE NO: 96244-G.

-1-

[Margin notes: #317239 / AUREL MICH / PAGE 01 TO THE INDEX / Aurel mich signature / 07-20-2025]

2) [8 PAGE OF AO 241 (REV. 09/17)

3). [2 PAGE OF AFFIDAVIT OF MY AUREL MICH INFORMATION.

4). [7 PAGE OF DISTRICT COURT OF MARYLAND FOR MONTGOMERY COUNTY, 27 COURTHOUSE SQUARE, ROCKVILLE, MARYLAND 20850 [CASE NO: 004D00122805]

5). [13 PAGE OF PETITION FOR POST CONVICTION RELIEF, PRO SE.

6). [7 PAGE OF CIRCUIT COURT FOR MONTGOMERY COUNTY, CASE SUMMARY CASE NO: 96244C.

7). [12 PAGE OF COURT OF SPECIAL APPEALS OF MARYLAND BRIEF AND APPENDIX. By NANCY S. FORSTER AND MICHAEL R. MALLOY PUBLIC DEFENDER.

8). [20 PAGE OF COURT OF SPECIAL APPEALS OF MARYLAND OPINION BY MEREDITH J.

9). [2 PAGE OF COURT OF SPECIAL APPEALS OF MARYLAND APPLICATION FOR LEAVE TO APPEAL.

10). [01 PAGE OF MEDINA ELIEZER CRIMINAL INQUIRY RELATED TO PERSON DISPLAY BY DISTRICT COURT OF MARYLAND AUGUST 26-2002, TRACKING NO: 000062384OUO, CASE: 0062384OUO CR. STATUS:

11). [01 PAGE STATE'S ATTORNEY FOR MONTGOMERY COUNTY, CV. NO: 482793-V BEEN DENIED MY CASE

12). [03 PAGE NO: 96244-C TRANSCRIPTS/DISCOVERY AND ALL DOCUMENTS IN MY CASE.

13). [02 PAGE OF [MPIA] REQUEST.

-2-

14). [04 PAGE OF STATEMENT OF CHARRELL MALLON DATE AUGUST 27, 2002.

15). [04 PAGE OF STATEMENT FROM WALTERS, SHAUN KALEN.

16). [06 PAGE OF MOTION FOR POSECUTORIAL MISCONDUCT FOR IMPROPER AND PREDUDICIAL STATMENTS.

17). [1 PAGE OF MOTION TO REOPEN PREVIOUSLY CLOSED POST CONVICTION PROCEDING PRO SE.

PAK NO. 2

[@5 PAGE OF SEARCH WARRANT INVENTORY REPORT AND RETURN.

[@2 PAGE OF EVIDENCE COLLECTION BY OFFICER'S FROM CRIME SCENE AND NOT, NOT, NOT D.N.A. TEST. ONLY ON U.S.A. BEEN DENIED D.N.A. TEST FROM CRIME SCENE.

[@1 PAGE CIRCUIT COURT FOR MONTGOMERY COUNTY MD. ORDER NOT JUDGE SIGN DU TO D.N.A. TESTING.

[04 PAGE OF 8-201 D.N.A. EVIDENCE TO BE TESTING.

[08 PAGE OF ORDER BY JUDGE'S DENIED D.N.A. TESTING FROM CRIME SCENE. MABIFICATION AND REDUC. OF SENTENCE AND D.N.A. DENIED, ORDER DEFENDANT MOTION FOR NEW TRIAL, DENIED TO APPOINT COUNSEL, DENIED WRIT ACTUAL INNOCENCE, DISMISSED APPLICATION FOR LEAVE TO APPEAL IS DISMISSED AS UNTIMELY.

-3-

[11 PAGE OF EVIDENCE, LABORATORY EXAMINATION, CRIME LABORATORY AMENDED REPORT D.N.A.
[18 PAGE OF EVIDENCE/PAGE OF REMOVAL TO ROMANIA By IMMIGRATION COURT ON 06-04-2024, HYATTSVILLE IMMIGRATION COURT.
[02 PAGE OF [20+++YRSS] BEEN DENIED BY U.S.A. /PRISONES/ MARYLAND STATE PRISONSS DENIED TO AUREL MICH CITIZEN OF ROMANIA TO CALL MY FAMILY TO ROMANIA [20+++YRS] DENIED BY [GLOBEL TEL-LINK] AND MY ROMANIA GOVERMENT.
[09 PAGE OF EMERGENCY AFFIDAVIT OF INJURY FOR LIFE [CAUSED BY THE STATE'S NEGLIGENCE IN FILING TO PROVIDE LADDERS TO TOP BANK 7 INCH'S 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 20---- ?. SUFFERING IRREPARABLE HARM FOR ALL MY BOADY ALL RIGHT SEAD.

I BEEN SEXUAL ASSAULTED, SEXUALLY HARASSED, BY OFFICER'S JULIE THRASHER, BY OFFICER DOROTHY B. BITTINGER, AND SEXUALLY ASSAULTED ABUSE BY CORIZON HEALTH CARE INC. STAFF NP. JANET CLARK R.16478 LIC.

THIS IS THE CONDITIONS, CONDITIONS, CONDITIONS OF CONFINEMENT ON U.S. PRISON / MARYLAND STATE PRISONS ON PASS AND N.A.W. JAM.MD.

-4-

Aurel Mich
JULY 20-2025.

[OF PAGE OF MOTION FOR AN EMERGENCY RESTRAINING ORDER]

[18 PAGE OF [SALI] SEXUAL ASSAULT LEGAL INSTITUTE
[301-565-2277]

[16 PAGE OF REMEDY OF [PREA, SEXUAL ABUSE, EXCESSIVE FORCE BY OFFICER'S I BEEN [HANKAF], OFFICER'S HARASSMENT. THIS IS BEEN AND IS ON THIS CASE THE CONDITIONS, OF CONFINEMENT ON U.S. PRISON AND MARYLAND STATE PRISONS.

[08 PAGE OF CIVIL ACTION NO. ELH-15-3142 SEXUALLY ASSAULTED BY OFFICER'S ON U.S. PRISON/MARYLAND STATE PRISONS ON THIS CASE.

PACK [03]

[6 PAGE OF [EMERGENCY AFFIDAVIT] DU TO [CRIME'S] BY OFFICER'S, BY MEDICAL STAFF'S, BY MARYLAND STATE OFFICER'S ON INSTITUTION'S ON THIS CASE ON U.S. PRISONS/MARYLAND STATE PRISONS DU TO CONDITIONS [24/7] OF CONFINEMENT, BEEN CITIZEN OF ROMANIA AND JEW AND ILLEGAL ON U.S.A.

[16 PAGE OF U.S. DISTRICT COURT JUDGE DENIED, DENIED ACCESS TO CIVIL ACTION TO BE AN ON COURT OF LAW, DU TO INJURY,

-5-

I HAVE DU TO OFFICER'S, MEDICAL STAFF, AND INSTITUTION/MARYLAND STATE PRISONS/U.S. PRISONS, BEEN CITIZEN OF ROMANIA, DENIED HEALTH CARE TO ALL INJURY I HAVE BY OFFICER'S/AND FAIL OF TOP BAUNK, I SUFFERED IRREPARABLE HARM ON MARYLAND STATE PRISONS ON THIS CASE AND FOR YRSS I'BEEN, I'AM MEDICAL CARE TO ALL MY [INJURY.], TO NAW.

I COOD I AUREL MICH CITIZEN OF ROMANIA [DENIED ON U.S. PRISONS TO SERVE MY SENTINCE WITH, WITH DIGNITY] TO NAW.

[2. MEDICAL REQ.] I NOT HAVE ALL, THE MEDICAL REQ. BEEN DESTROY BY MARYLAND STATE OFFICER'S.

[PACK Nº 04]

[04 PAGE OF TREASURER AND [ACLU],

[7 PAGE OF VOLUNTARY DEPORTAIRE, I.C.E. REMOVAL FROM U.S. PRISONS NON-CITIZEN AFFIDAVIT.

[105 PAGE OF REMEDY] DU TO INTERNATIONAL LAW BEEN VIOLATE ON PASS YRSS AND NAW,

-6-

BY U.S. PRISONS / BY MARYLAND STATE PRISONS, BY STATE OF MARYLAND STAFF'S / AND BY COURT'S [JUDGE] ON THIS CASE, DU TO THIS CASE BEEN CITIZEN OF ROMANIA ON U.S. PRISON, AND DU TO THE VIOLATION OF INTERNATIONAL LAW BEN VIOLATE, AND DU TO CONDITIONS OF CONFINEMENT [24/7].

I COOD AUREL MICH CITIZEN OF ROMANIA ON U.S. PRISONS I HAVE [FEAR, FEAR, FEAR] OF ANY, ANY, ANY, KIND TO BEE ON UNITED STATES PRISONSS SEE ALL THE EXHIBITS [400+++] TO THIS CASE.

I ASK TO UNITED STATES PRISONS TO THIS CASE FOR DESTROY MY [BOADY] INJURY, DENIED MEDICAL CARE, FIZICAL THERAPY, SURGERYS, MONEY DAMAGES ON NOMINAL DAMAGES, COMPENSATORY DAMAGES, AND PUNITIVE DAMAGES FOR THE VALUE OF ANY PART OF MY BODY OR PHYSICAL FUNCTIONING WHICH CANNOT BE REPLACED OR RESTORED. AND FOR PASS [20 YRSSS] OF PAIN AND SUFFERING OF [MILLIONSSSSS.]

-7-

Aurel Mich
AUREL MICH
07-20-2025

## INDEX OF INJURY ON U.S. PRISONS / MARYLAND STATE PRISONSS, N.B.C.I. X W.C.I. X J.C.I.

AUREL MICH #317239 H.L. TO JESSUP COR. INSTITUTION I FIEL THIS INDEX OF MY INJURY TO UNITED STATES COURT FOR DISTRICT OF MARYLAND FOR A WRIT OF HABEAS CORPUS; I AUREL MICH #317239 FIEL THIS INDEX ON JULY 20-2025.

- I BEEN INJURY ALL MY RIGHT OF MY BOADY,
- I INJURY MY SPINAL CORD $C_6$ AND $C_7$, $L_4$ AND $L_5$ LUMBAR DISK.
- I HAVE / I BEEN LIMPING TO MY RIGHT LEG DAY BY DAY FOR YEARS.
- I HAVE PAIN TO NECK, HEAD, RIGHT HIP, LOW BACK.
- I HAVE DIZZINESS, I HAVE LIGHTHEADNESS,
- I AM HANDICAP FOR LIFE.
- I HAVE 24/7 CONTINUED SUFFER PAIN TO MY RIGHT SHOULDER AND NAMNESS TO MY RIGHT SEAD OF MY BOADY.

ALL THIS INJURY I FALING FOR TOP BUNK 7OINCHES AND HITTING THE FLOOR, THE BUNK DO NOT HAVE A SAFE WAY TO CLIMB UP OR DOWN (NO LADDER) ETC. ALL THE INJURY CAUSED BY THE STATE'S

AUREL MICH #317239.
Aurea mi~~tuared~~.
J.C.I.
07-20-2025.

OF MARYLAND NEGLIGENCE IN FAILING TO PROVIDE LADDERS AND TO RESPOND TO A SERIES OF BUNK BED INCIDENTS."

I BEEN 09-11-2021 TO 10-18-2021 ON W.C.I. MARYLAND STATE PRISON I AUREL MICH CITIZEN OF ROMANIA, I BEEN HANDICAP PRISONER, AND OFFICER'SS USE EXCESSIVE FORCE AND EXCESSIVE CHEMICAL MACE, SPRAY AND I BEEN HANKAF AND [RTIME] I BEEN BEAT BY OFFICER'S, OFFICER USE EXCESSIVE FORCE SEE REMEDY NO: 0130245 AND 0130224.

ON OCTOBER 06-2015 N.B.C.I. OFFICER JULIE THRASHER SEXUALLY ASSAULTED AUREL MICH CITIZEN OF ROMANIA.
ON APRIL 28-2018 N.B.C.I. OFFICER DOROTHY B. BITTINGER SEXUALLY HARASSED AND HAD MY PRIVATES VIOLATED.
ON MARCH 15-2021, CASE NO. 21-35-00370 CORIZON HEALTH CARE INC, STAFF JANET CLARK NO. R. 16478 LIC. SEXUALLY [ASSAULT AND BATTERY] SEE REMEDY NO: 0124552.

FOR 20++ YRSS ON U.S. PRISON/MARYLAND STATE PRISONS N.B.C.I. & W.C.I. & J.C.I. AND GLOBEL TEL-LINK DENIED MY RIGHTS TO CALL TO TELEPHONE INTERNATIONAL TO ROMANIA MY FAMILY, AND ROMANIA [GOVERNER] GUVERNULUI, [20++ YRSS.]

TO ALL THE INJURY ALL THE YRSS PASS I'BEEN, I'AM DENIED MEDICAL CARE TO ALL THE INJURY, ON U.S. PRISONS/MARYLAND STATE PRISONSS N.B.C.I. & W.C.I. & J.C.I.

-2-

ON THIS CASE AUREL MICH #317239 CITIZEN OF ROMANIA I BEEN TORTURE AND CRUEL INHUMAN DEGRADING OF TREATMENT PUNISHMENT, ON UNITED STATES PRISONS

ON THIS CASE PRISON CONDITIONS AND BEHAVIOR OF PRISON OFFICIALS VIOLATE MY RIGHT'S, AND THE INTERNATIONAL LAW.

ON THIS CASE ON PASS AND NAW I'AM DENIED MEDICAL CARE BY THE CENTURION HEALTH CLINICAL SERVICES ON MARYLAND STATE PRISONS.

[THIS IS NOT, NOT, NOT REHABILITATION] ALL THIS [23++ YRSS] I AUREL MICH CITIZEN OF ROMANIA ON U.S. PRISONS I BEEN, I'AM DENIED ON U.S. PRISONS TO SERVE MY SENTINCE WITH DIGNITY ON PASS AND NAW].

ALL THIS PASS [23+++ YRSS] ON UNITED STATES PRISONS BEEN CITIZEN OF ROMANIA I BEEN, I'AM VIOLATE THE INTERNATIONAL LAW'S, I'AM VIOLATE THE CONSTITUTIONAL RIGHTS TO EQUAL PROTECTION SEE: ANDERSON V. ROMERO 72 F. 3d 518 (7TH CIR. 1995)

AUREL MICH #317239
Aurea [signature]
JESSUP COR. INST.
07-20-2025.

-3-

# INDEX TO THE COURT JUDGE'S

DENIED LEGAL ATTORNEY TO MY CASE'S ON UNITED STATES COURT BEEN CITIZEN OF ROMANIA ON U.S. PRISONS.

1). DAVID W. LEASE JUDGE CIRCUIT COURT FOR MONTGOMERY COUNTY MARYLAND.

2). JEANNIE E. CHO, JUDGE CIRCUIT COURT FOR MONTGOMERY COUNTY MARYLAND.

3). JULIE R. RUBIN UNITED STATES DISTRICT JUDGE,

4). ELLEN L. HOLLANDER UNITED STATES DISTRICT JUDGE, ON ALL MOS ALL CIVIL CASE'S/ACTION.

5). THEODORE D. CHUANG UNITED STATES DISTRICT JUDGE.

6). DEBORAH L. BOARDMAN UNITED STATES DISTRICT JUDGE.

7). ROBERT A. GREENBERG CIRCUIT ADMINISTRATIVE JUDGE,

8). KRAUSER, C.J. / THIEME, RAYMOND G. JR. RETIRED, SPECIALLY ASSIGNED JJ. TO APPLICATION FOR LEAVE TO APPEAL.

9). PAULA XINIS JUDGE UNITED STATES DISTRICT COURT GREENBELT DISTRICT OF MARYLAND.

10). LYDIA KAY GRIGGSBY JUDGE DISTRICT OF MARYLAND U.S. DISTRICT COURT NORTHERN DIVISION LOMBARD STREET, BALTIMORE.

07-20-2025   AUREL MICH #317239
JESSUP COR. INSTITUTION.

I AUREL MICH CITIZEN OF ROMANIA FILE THIS TO COURT ON U.S. COURT ON 07-20-2025, CC. ROMANIA GUVERNUL LA BUCURESTI.